Date: 08/24/09      **DIVIDENDS REMITTED TO THE COURT**    148920      Page:

Check Number 110 Dated 08/24/09   mc

Case Number 08-16994 - VEREB, JOSEPH N.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Pyramed Healthcare Group, LTD.<br>Tri-City Family Medicine, Inc.<br>1120 East Broad Street<br>P.O. Box 30<br>Elyria, OH 44036 | C00002 | 16.23 | 1.01 ck 110 |
| ---------- Remittance Total ---------- | | 16.23 | 1.01 |

*[signature]*

DAVIS, STEVEN S., Trustee